UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Derryl Higdon, *as Personal Representative of the Estate of Robert Higdon*,<br><br>Plaintiff,<br><br>v.<br><br>NHC HealthCare/Greenwood, LLC; and Jacob Shearer<br><br>Defendants.<br>_____ | Case No.: 8:22-cv-4192-TMC<br><br>**CONSENT MOTION AND ORDER TRANSFERRING TO SOUTH CAROLINA STATE COURT** |

This matter comes before the Court upon a consent motion of the parties, as evidenced by the signatures of their counsel below, for an Order transferring this matter to South Carolina State Court for approval of a settlement. The Court finds transferring the matter is appropriate and authorized pursuant to S.C. Code Ann. § 15-51-42(D). Accordingly, there Court hereby orders the matter be transferred to South Carolina State Court for the purpose of obtaining approval of the settlement.

        s/Timothy M. Cain
        Honorable Timothy M. Cain
        United States District Judge

August 1, 2023
Anderson, South Carolina

**WE SO MOVE AND CONSENT:**

**RICHARDSON PLOWDEN & ROBINSON, PA**

s/*Zachary B. Hayden*
William C. McDow [6359]
Zachary B. Hayden [12932]
1900 Barnwell St.
P.O. Drawer 7788
Columbia, SC 29202
(803) 771-4400
bmcdow@richardsonplowden.com
zhayden@richardsonplowden.com
*Attorneys for Defendants*

July 31, 2023


**WE SO MOVE AND CONSENT:**

**KASSEL MCVEY**

s/*Jamie R. Rutkoski*
John D. Kassel [2276]
Thiele B. McVey [7614]
Jamie R. Rutkoski [12880]
1330 Laurel Street
P.O. Box 1476
Columbia, SC 29202
(803) 256-4242
JKassel@Kassellaw.com
TMcVey@Kassellaw.com
JRutkoski@Kassellaw.com
*Attorneys for Defendants Plaintiff*

July 31, 2023